**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| Y.V-V., <br><br> Petitioner, <br><br> v. <br><br> Warden, STEWART DETENTION CENTER, *et al.*, <br><br> Respondents. | : | Case No. 4:26-cv-1060-CDL-AGH <br> 28 U.S.C. § 2241 |

## ORDER

On July 31, 2026, the Court received Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241 and motion for leave to proceed *in forma pauperis* ("IFP") (ECF Nos. 1, 3). Having considered the motion to proceed IFP, the Court **GRANTS** Petitioner's motion to proceed IFP (ECF No. 3). Having initially reviewed Petitioner's application, the Court finds good cause to extend the time for a response. 28 U.S.C. § 2243. Accordingly, Respondents shall have twenty-one (21) days to file a comprehensive response to said application. Within fourteen (14) days thereafter, Petitioner should file any desired reply. The Court will consider whether to hold an evidentiary hearing once briefing is complete.[1]

**SO ORDERED**, this 31st day of July, 2026.

s/ *Amelia G. Helmick*
UNITED STATES MAGISTRATE JUDGE

[1] The Court will consider Petitioner's motion to appoint counsel (ECF No. 4) after briefing concludes.